UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                  )
53RD PLACE, LLC                         )     Case No. 20-00040
                                        )     Chapter 7
          Debtor.                       )
_____)

**REPORT DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to 11 U.S.C. §347(a) and Rule 3011 of the Federal Rules of Bankruptcy Procedure, trustee hereby submits a check payable to "Clerk, United States Bankruptcy Court" in the amount of One Thousand Seven Hundred Fifty-Three Dollars and Forty-One Cents ($1,753.41) representing unclaimed funds to be deposited by the Clerk of the United States Bankruptcy Court into the treasury of the United States. Trustee understands that said funds are subject to deposit and withdrawal as provided under 28 U.S.C. §§2041 and 2042 and shall not escheat under any state law. The unclaimed funds represent a payment made, pursuant to the Trustee Final Report in Chapter 7 Case No. 20-00040, to John Bierlien, Jr., c/o Michael J. Bramnick, Esq., 4520 East West Hwy, Suite 700, Bethesda, MD 20814.

Date: February 21, 2023                 Respectfully submitted,

                                        */s/ Wendell W. Webster*
                                        Wendell W. Webster, Esq.
                                        Chapter 7 Trustee
                                        Estate of 53rd Place, LLC
                                        1101 Conn. Ave., N.W., Suite 402
                                        Washington, D.C. 200306
                                        (202) 659-8510

Wendell W. Webster, Esq.
Webster & Fredrickson, PLLC
1101 Conn. Ave., NW, Suite 402
Washington, DC 20036
(202)659-8510
wwebster@websterfredrickson.com

**Certificate of Service**

      I hereby certify that on this 21st day of February, 2023, a true and correct copy of the foregoing Report Deposit of Unclaimed Funds was served by first-class mail, postage prepaid, upon John Bierlien, Jr., c/o Michael J. Bramnick, Esq., 4520 East West Hwy, Suite 700, Bethesda, MD 20814 and upon the Clerk of the U.S. Bankruptcy Court for the District of Columbia and by way of electronic service upon Michael Freeman, Esq., Office of the U.S. Trustee, 1725 Duke Street, Suite 650, Alexandria, VA 22314.

                                              /s/ *Wendell W. Webster*
                                              Wendell W. Webster, Trustee